UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **CRIMINAL NO. 1:05-CR-360** |
| v. | : | (Chief Judge Kane) |
| EUGENE GORE | : | (Magistrate Judge Smyser) |

**REPORT AND RECOMMENDATION**

The defendant appeared before me on September 29, 2009 and entered a plea of guilty to the Superseding Information. The court conducted a full colloquy with the defendant and has determined the following:

> 1. That the defendant is fully competent and capable of entering an informed plea;
>
> 2. That the defendant is aware of the nature of the charges and the consequences of the plea;
>
> 3. That the plea of guilty is a knowing and voluntary plea;
>
> 4. That the plea is supported by an independent basis in fact containing each of the essential elements of the offense.

On the basis of the foregoing, it is recommended that the court enter an Order adjudging the defendant guilty of the offense. By a separate Order, a presentence investigation was ordered with disclosure of the presentence report to the parties on or before November 24, 2009.

*/s/ J. Andrew Smyser*
J. Andrew Smyser
Magistrate Judge

Dated: October 1, 2009.