IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:05-CR-360 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| EUGENE GORE | : | |

## ORDER

**WHEREAS**, this 20th day of October, 2009, there being no objections filed to the

Magistrate Judge's Report and Recommendation issued October 1, 2009, **IT IS HEREBY**

**ORDERED THAT** this Court accepts the Guilty Plea of the Defendant and sets January 26,

2010, at 11:00 a.m., as the sentencing date in the above case. Said sentencing shall be held in

front of Chief Judge Kane in Courtroom No. 4, Eighth Floor, Federal Building, Harrisburg,

Pennsylvania.

S/ Yvette Kane
Yvette Kane, Chief Judge
United States District Court
Middle District of Pennsylvania